UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" |
| VERSUS | * | HON. JAY C. ZAINEY |
| | * | |
| | * | MAGISTRATE: 2 |
| GEORGE PETERSON | * | HON. DONNA PHILLIPS CURRAULT |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF APPEAL
### TO THE UNITED STATES COURT OF APPEALS FIFTH CIRCUIT

**NOW INTO COURT**, through undersigned counsel, comes Defendant George Peterson, who gives notice to this Honorable Court that Defendant hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment of this Court, entered on the 21st day of August, 2023. Specifically, Mr. Peterson is appealing the Court's denial of his *Motion to Dismiss* and *Motion to Suppress*.

Respectfully submitted this 18th day of January, 2024

**RICHTHOFEN & ASSOCIATES, LLC**
/s/ *Richard J. Richthofen*
Richard J. Richthofen, Jr., (Bar No. 29663)
3900 Canal Street
New Orleans, Louisiana 70119
Office: (504) 899-7949
Facsimile: (504) 899-2518
Email: rick@rjrlawfirm.com
**Counsel for George Peterson**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2024, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of electronic filing to all counsel of record.

/s/ *Richard J. Richthofen*
Richard J. Richthofen