# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

## NO. 24-30043

### UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

### GEORGE PETERSON,
Defendant-Appellant

**Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**NOW INTO COURT** comes undersigned counsel, respectfully requesting a 30 day extension in this matter within which to file the original Appellate brief.

1.

As this Court is aware, On August 29, 2023, pursuant to a conditional plea agreement, Mr. Peterson pled guilty in Count 1 to Possession of an Unregistered Silencer, in violation of 26 USC §§ 5841, 5861(d), 5871. Mr. Peterson is currently out on unsecured bond pending finality of his appeal.

2.

Due to undersigned Counsel's appearance schedule over the past few months, he has been unable to appropriately devote the requisite time necessary to perfect Mr. Peterson's original appellate brief..

3.

Undersigned Counsel submits the following appearance schedulee for the past month:

Monday – March 11, 2024

**Jefferson Parish Second Parish Court**
- Amanda Cloutre Sylve – # S14033802 "B"
- Jermarr Smith – # S1426278 "B"

**32nd JDC (Terrebonne)**
- Brittany Lindeau - # 8591198 "D" (TRIAL)

**40th JDC (St. John)**
- Jacob Spencer – # 2023-MM-68054

**Orleans Parish Criminal District Court**
- Raymond Rochon - # 560-160 "K"

**Jefferson Parish First Parish Court**
- Wimberly McCoy – # F2256135 – "T" (TRIAL)

Tuesday – March 12, 2024

**Orleans Parish Municipal Court**
- John Jensen - # 1271313 "A"
- Dylan Alford - # 1276804 "D"

**Orleans Parish Criminal District Court**
- Anderson Dixon - # 558-410 "I"

**22nd JDC (St. Tammany)**
- Nicole Vecchio - #5030-F-2022 & 488-F-2023 "A"

**Jefferson Parish First Parish Court**
- Reinold Cisnero - # F2226421

Wednesday – March 13, 2024

**22nd JDC (St. Tammany)**
- Kane Wohlert – 4806-F-2020

**24th JDC (Jefferson)**
- Johnny Frost - # 21-03353 "F"
- Justin Kimbrough - # 23-4334 "N"
- Mechelle Magee - # 23-01018 "N"
- Robert Vance - # 23-02318 & 23-02319
- Shilar Feid - #23-23-01018
- Ashton Reid - # 23-01017 & 23-01018
- Conference call with Chief ADA Family Violence Unit

Thursday – March 14, 2024

**22nd JDC (St. Tammany)**
- Kathryn Carroll - #5305-F-2023 n& 5036-F-2023 "A"
- Quentin Campbell 0 #5093-F-20232 "A"

**24th JDC (Jefferson)**

- Leland Veal - # 23-04437 "F"
- Yasmine Osorio - #23-04657 & 213-05699 "G"
- Brandon Hingle - #19-03874 & 19-04075 "G"
- Geral Mercedes-Jiminez - #23-03892 & 23-03893 "K"

**Orleans Parish Criminal Court**
- Raymond Rochon - # 560-160 "K"
- Jeremy Mitchell - # M610009 "MAG 5"

Friday – March 15, 2024

**24th JDC (Jefferson)**
- Jayshkumar Shah - #822-433 "K"
- George Peterson – Pre-Acceptance "Commissioner Court"

**Orleans Parish Criminal Court**
- Kenneth Bothner - #559-542 "F"

Monday – March 18, 2024

**22nd JDC (St. Tammany)**
- Quentin Campbell - # 5712-M-2023 "Misdemeanor Court"
- McCoy v McCoy - #2021-15501 "K"

**24th JDC (Jefferson)**
- Wilson v Canal Ins, et al - #764-041

**23rd JDC (St. James)**
- Vertrelle Johnson - # 22-F-8952 "A"

**USDC EDLA**
- Sehrelina Tardo – AUSA meeting
- **32nd JDC (Terrebonne)**
- Gutierrez v Bruno - # 175764 "C" - Conference re: discovery and upcoming trial

Tuesday – March 19, 2024

**24th JDC (Jefferson)**
- Alan Cisco - #21-0887 "C"

**34th JDC (St Bernard)**
- Alex Picasso - #24-00335 "A"

**25th JDC (Plaquemines)**
- Selbin Padilla -Cartegna – Pre-Acceptance "A"
- Joshua Brown - # 24-0198 "A"

**29th JDC (St. John)**
- Shemar Ursin – # 23-07031 "C"

**24th JUVENILE (Jefferson)**
- David Dupre – "A" Zoom Status

**Jefferson Parish Second Parish Court**
- Wanda Guidry - # S

Wednesday – March 20, 2024

**29th JDC (St. John)**
- Deville v Deville - # 93777 "E"

**24th JDC (Jefferson)**
- Clifford Troxler - # 23-01716 "M"

**Jefferson Parish Second Parish Court**

- Jene Ullo – # S1432253

Thursday – March 21, 2024

**24th JDC (Jefferson)**
- Jeremy Marshall - # 22-05583 "C"
- Clifford Troxler - # 23-1716 & 23-1717 "M"
- Byron Williams – Stand in for another Attorney for continuance
- William Bartee – Pre Acceptance "Commissioner Court"

**Jefferson Parish Second Parish Court**
- Alroy Allen - # S1216149 & S1380463 "A"
- Logan Windham - #S1422823 "A"

**Orleans Parish Municipal Court**
- Dwayne Brown – First Appearance

**Westwego Mayors City Court**
- Brandon Hingle - #19-4701

Friday – March 22, 2024

**Orleans Parish Criminal District Court**
- Anthony Richardson - # 561-030 "C"

**24th JDC (Jefferson)**
- Cariel Durr – #23-0553 "A"
- Brooke Franklin - #21-1351 & 21-1352 "L"
- Marques Adley - #23-02182 "L"
- Joshua McKay - # 24-00354 & 24-058702 & 24-00029 "Commissioner Court"

Monday – March 25, 2024

**Jefferson Parish First Parish Court**
- Najla Najjar - # F2244887 – "B"

**24th JDC (Jefferson)**
- Yasmine Osorio – 23-04657 & 23-05699 "G"
- Jerome Gaines - # 22-02412 :E:
- Nick Gasner – Pre Acceptance "Commissioner Court"

**USDC EDLA**
- Tonya Butler - #24-017 "MAG 1"

**Jefferson Parish First Parish Court**
- Aaron Jones - #F1956922 "T"

Tuesday – March 26, 2024

**24th JDC (Jefferson)**
- Woodson v Woodson - # 851-874 "J" – (TRIAL)

**22nd JDC (St. Tammany)**
- Daniel Suttle – Pre Acceptance "B" (continued due to trial)
- Steven Foret - #2954-F-2023 "C" (continued due to trial)

Wednesday – March 27, 2024

**25th JDC (Plaquemines)**
- Tiffany Cupp - # 21-2366 "C"

**Orleans Parish Municipal Court**
- Aaron Berhow - # 24M004398 "C"

**Orleans Parish Criminal Court**

- Trumaine Drummond - # 561-360 "Unallotted"

Thursday – March 28, 2024
  **Orleans Parish Criminal Court**
  - Anderson Dixon - #558-410 "I"
  - Brian Sullivan - #560-879 "L"
  - Justin Breeland - # 555-815 "L"
  - Keith Jefferson - # 558-487 "K"
  - Melvin Valesquez-Ordonez - #558-780 "A"
  - Jeremy Mitchell - # M610009 -MAG 5"

Monday – April 1, 2024
  **Jefferson Parish First Parish Court**
  - Jeffery Joseph - # F2261892 "A"
  
  **22nd JDC (St. Tammany)**
  - Kathryn Carroll - # 5305-F-2023 & 5306-M-2023 "A" (TRIAL)
  - Quinten Campbell - #5093-F-2023 "A" (TRIAL)
  - Steven Foret - # 2954-F-2023 "C" (TRIAL)
  
  **24th JDC (Jefferson)**
  - Brenden Paula – Pre Acceptance "Commissioner Court"

Tuesday – April 2, 2024
  **Orleans Parish Criminal Court**
  - Jeremy Mitchell - # 561-341 "F"
  
  **34 JDC (St Bernard)**
  - Troy Styles - #23-01612 "C"
  
  **25th JDC (Plaquemines)**
  - Hayes v Hayes - # 00062803 "B"

4.

Undersigned Counsel includes this list to illustrate the extent of his appearances, which are a result of health issues experienced in the beginning of 2023, and due to continuances of appearances from that health debacle and appearances being pushed until after the 2023 year, the above appearance schedule results, and has been as such since January of 2024. Undersigned Counsel's schedule begins to level out in April 2024.

5.

Undersigned Counsel files this Motion for an Extension of Time to File Brief because a request letter to the Clerk could not be filed, however, this is a first request for an extension and should be considered as a level 1 request.

6.

Undersigned has contacted opposing counsel, Assistant United States Attorney David Berman, who has indicated he has no objection to the extension.

**WHEREFORE**, undersigned counsel for George Peterson respectfully requests an extension of thirty days or until May 2, 2024, within which to file the Appellants original brief.

                                             Respectfully submitted,
                                             **RICHTHOFEN & ASSOCIATES, LLC**

                                             /s/ Richard J. Richthofen, Jr.
                                             Richard J. Richthofen, Jr., La. Bar No.29663
                                             3900 Canal Street
                                             New Orleans, Louisiana 70119
                                             Office: (504) 899-7949
                                             Facsimile: (504) 899-2518
                                             Email: rick@rjrlawfirm.com
                                             **Counsel for George Peterson**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been delivered via electronic mail and ECF to the United States Attorney's Office, Mr. David Berman, this 29th day of March 2024.

                                                                                /s/ Richard J. Richthofen