# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30043    USA v. Peterson
                        USDC No. 2:22-CR-231-1

The court has granted an extension of time to and including May 2, 2024 for filing appellant's brief in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

Mr. David M. Berman
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Richard J. Richthofen