# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 03, 2024

Mr. Richard J. Richthofen
Richthofen & Associates, L.L.C.
3900 Canal Street
New Orleans, LA 70119

    No. 24-30043   USA v. Peterson
                       USDC No. 2:22-CR-231-1

Dear Mr. Richthofen,

Within 14 days, counsel must separately file a copy of the Record Excerpts in Portable Document Format (PDF) file, as required by 5th Cir. R. 30.1.2, by using the docket event "Record Excerpts Filed," which is found under the "Briefs" category. Failure to do so may result in the dismissal of the appeal.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Rebecca Andry, Deputy Clerk

cc:
    Mr. David M. Berman
    Mr. Kevin G. Boitmann
    Ms. Diane Hollenshead Copes