# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 03, 2024

Mr. Richard J. Richthofen
Richthofen & Associates, L.L.C.
3900 Canal Street
New Orleans, LA 70119

    No. 24-30043　USA v. Peterson
                      USDC No. 2:22-CR-231-1

Dear Mr. Richthofen,

We received your record excerpts. The record excerpts should not be uploaded to the "Appellants Brief Filed Event". They should be separately filed as "Record Excerpts Filed" which can be found under the "Briefing" category. In light of this, we are taking no action on these record excerpts until they are correctly filed.

These record excerpts should be filed within fourteen days. Failure to do so may result in dismissal of the appeal.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca Andry, Deputy Clerk

cc:
    Mr. David M. Berman
    Mr. Kevin G. Boitmann
    Ms. Diane Hollenshead Copes