# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## NO. 24-30043

**UNITED STATES OF AMERICA,**
**Plaintiff-Appellee,**

**vs.**

**GEORGE PETERSON,**
**Defendant-Appellant**

## APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

## <u>RECORD EXCERPTS OF THE APPELLANT GEORGE PETERSON</u>

**RICHTHOFEN & ASSOCIATES LLC**
Richard J. Richthofen, Jr.
3900 Canal Street
New Orleans, LA 70119
Office: (504) 899-7949
Facsimile: (504) 899-2518
Email: rick@RJRLAWFIRM.COM

## TABLE OF CONTENTS

**Tab#**                                                              **ROA**

1.   Docket Sheet ........................................................ ROA.30043.2-8

2.   Notice of Appeal ....................................... ROA.30043.227

3.   Judgment

4.   Order and Reasons...................................... ROA.30043-158

3

# Tab 1

APPEAL,CLOSED,SINGLE

Jump to Docket Table

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CRIMINAL DOCKET FOR CASE #: 2:22-cr-00231-JCZ-DPC-1

Case title: USA v. Peterson

Date Filed: 10/20/2022

Date Terminated: 01/09/2024

---

Assigned to: Judge Jay C. Zainey
Referred to: Magistrate Judge Donna
Phillips Currault

Appeals court case number:
24-30043 USCA, Fifth Circuit

## Defendant (1)

**George Peterson**
*TERMINATED: 01/09/2024*

represented by **Richard J. Richthofen , Jr.**
Richthofen & Associates, LLC
3900 Canal Street
New Orleans, LA 70119
504-899-7949
Email: rick@rjrlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 26:5841, 5861(d), and 5871 POSSESSION OF AN UNREGISTERED SILENCER (1) | Sentenced 1/9/2024 |

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

24-30043.1

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

**USA**                         represented by   **David M. Berman**
                                                 DOJ-USAO
                                                 650 Poydras Street
                                                 Ste. 1600
                                                 New Orleans, LA 70130
                                                 504-680-3052
                                                 Email: david.berman@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Assistant U.S. Attorney*

                                                 **Alexandra Triana Giavotella**
                                                 DOJ-USAO
                                                 DOJ
                                                 650 Poydras Street
                                                 Ste 1600
                                                 New Orleans, LA 70131
                                                 504-680-3065
                                                 Email: alexandra.giavotella@usdoj.gov
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Assistant U.S. Attorney*

                                                 **Charles Dustin Strauss**
                                                 DOJ-USAO
                                                 650 Poydras St
                                                 Ste 1600
                                                 New Orleans, LA 70130
                                                 504-680-3007
                                                 Email: charles.strauss@usdoj.gov
                                                 *TERMINATED: 05/11/2023*
                                                 *Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2022 | 1 (p.9) | INDICTMENT as to George Peterson (1) count(s) 1. (Attachments: # 1 (p.9) Criminal Defendant Information Sheet, # 2 Criminal Magistrate Case Sheet) (my) (Entered: 10/20/2022) |
| 10/20/2022 | 5 (p.14) | EXPARTE/CONSENT MOTION to Seal Case by USA as to George Peterson. Motion(s) referred to Duty Magistrate. (my) (Entered: 10/20/2022) |
| 10/20/2022 | 6 (p.15) | ORDER granting 5 (p.14) Motion to Seal Case as to George Peterson (1). Signed by Magistrate Judge Donna Phillips Currault on 10/20/2022. (my)(CC:USM, Crim Mag, AUSA) (Entered: 10/20/2022) |
| 10/21/2022 | 7 (p.16) | EXPARTE/CONSENT MOTION to Unseal Case by USA as to George Peterson. |

| | | |
|---|---|---|
| | | Motion(s) referred to Duty Magistrate. (my) (Entered: 10/21/2022) |
| 10/21/2022 | 8 (p.17) | ORDER granting 7 (p.16) Motion to Unseal Case as to George Peterson (1). Signed by Magistrate Judge Donna Phillips Currault on 10/21/2022. (my) (Entered: 10/21/2022) |
| 10/24/2022 | 9 (p.18) | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby:Initial Appearance as to George Peterson held on 10/24/2022. Appearance entered by Richard J. Richthofen, Jr for George Peterson. Defendant Remanded. Detention Hearing set for 10/26/2022 02:00 PM before Duty Magistrate. (Court Reporter Magistrate Clerical.) (my) (Entered: 10/25/2022) |
| 10/24/2022 | 10 (p.20) | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby:Arraignment as to George Peterson (1) Count 1 held on 10/24/2022. Defendant Remanded. Pretrial Conference set for 12/1/2022 10:45 AM before Judge Jay C. Zainey. Jury Trial set for 12/19/2022 08:30 AM before Judge Jay C. Zainey. (Court Reporter Magistrate Clerical.) (my) (Entered: 10/25/2022) |
| 10/24/2022 | 11 (p.21) | ORDER PURSUANT TO THE DUE PROCESS PROTECTIONS ACT as to George Peterson. Signed by Magistrate Judge Karen Wells Roby on 10/24/2022. (my) (Entered: 10/25/2022) |
| 10/25/2022 | 12 | PRETRIAL BAIL REPORT as to George Peterson. NOTE: The attached document will only be accessible to the criminal duty judge, the government attorney and the attorney for the applicable defendant for bail determination proceedings. After the proceedings are completed, only Probation will have access. (Robert, Cheryl) (Entered: 10/25/2022) |
| 10/26/2022 | 14 (p.22) | MEMORANDUM *in Support of Detention* by USA as to George Peterson (Strauss, Charles) (Entered: 10/26/2022) |
| 10/26/2022 | 17 (p.35) | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby: Detention Hearing as to George Peterson held on 10/26/2022. Defendant Released. (Court Reporter Magistrate Clerical.) (Attachments: # 1 (p.9) Exhibits) (jls) (Entered: 10/28/2022) |
| 10/26/2022 | 18 (p.40) | ORDER Setting Conditions of Release. Signed by Magistrate Judge Karen Wells Roby on 10/26/2022. (jls) (Entered: 10/28/2022) |
| 10/26/2022 | 19 (p.44) | Unsecured Appearance Bond Set & Executed as to George Peterson in amount of $ 35,000. Defendant Released. (jls) (Entered: 10/28/2022) |
| 10/27/2022 | 15 (p.31) | EXPARTE/CONSENT MOTION to Enroll Alexandra Giavotella as Counsel of Record by USA as to George Peterson. (Attachments: # 1 (p.9) Proposed Order)Attorney Alexandra Triana Giavotella added to party USA(pty:pla).(Giavotella, Alexandra) (Entered: 10/27/2022) |
| 10/27/2022 | 16 (p.34) | ORDER granting 15 (p.31) Motion to Enroll as Counsel of Record for Attorney Alexandra Triana Giavotella for USA. as to George Peterson (1). Signed by Judge Jay C. Zainey on 10/27/2022. (am) (Entered: 10/27/2022) |
| 10/28/2022 | 20 (p.46) | NOTICE OF HEARING as to George Peterson. Jury Trial set for 12/19/2022 08:30 AM before Judge Jay C. Zainey. Pretrial Conference set for 12/1/2022 10:45 AM before Judge Jay C. Zainey. (jls) (Entered: 10/28/2022) |
| 11/09/2022 | 21 (p.47) | EXPARTE/CONSENT MOTION to Modify Conditions of Release *to travel outside Jurisdiction of Eastern District* by George Peterson. (Attachments: # 1 (p.9) Proposed |

| | | Order)(Richthofen, Richard) (Entered: 11/09/2022) |
|---|---|---|
| 11/10/2022 | 22 (p.51) | ORDER granting 21 (p.47) Motion to Modify Conditions of Release as to George Peterson (1) as set forth in document. Signed by Judge Jay C. Zainey on 11/10/2022. (my)(CC:USP) (Entered: 11/10/2022) |
| 11/22/2022 | 23 (p.52) | EXPARTE/CONSENT MOTION to Continue *Pretrial Conference and Trial* by George Peterson. (Attachments: # 1 (p.9) Proposed Order)(Richthofen, Richard) (Entered: 11/22/2022) |
| 12/01/2022 | 24 (p.56) | Minute Entry for proceedings held before Judge Jay C. Zainey:Pretrial Conference as to George Peterson held on 12/1/2022 GRANTING: 23 (p.52) MOTION to Continue *Pretrial Conference and Trial*. Conference set for 12/20/2022 11:15 AM before Judge Jay C. Zainey. (my) (Entered: 12/05/2022) |
| 12/20/2022 | 25 (p.58) | Minute Entry for proceedings held before Judge Jay C. Zainey:Pretrial Conference as to George Peterson held on 12/20/2022. Status Conference set for 1/11/2023 01:45 PM before Judge Jay C. Zainey. IT IS FURTHER ORDERED that all motions shall be filed by 1/20/2023. (my) (Entered: 12/21/2022) |
| 01/10/2023 | 26 (p.59) | Minute Entry for proceedings held before Judge Jay C. Zainey: Status Conference reset for 1/25/2023 10:30 AM before Judge Jay C. Zainey. (my) (Entered: 01/10/2023) |
| 01/17/2023 | 27 (p.60) | Minute Entry for proceedings held before Judge Jay C. Zainey held on 1/17/2023: Status Conference reset for 3/2/2023 10:45 AM before Judge Jay C. Zainey. (my) (Entered: 01/17/2023) |
| 03/02/2023 | 28 (p.61) | Minute Entry for proceedings held before Judge Jay C. Zainey: Status Conference as to George Peterson held on 3/2/2023. Telephone Status Conference set for 4/12/2023 10:30 AM before Judge Jay C. Zainey. (my) (Entered: 03/03/2023) |
| 04/12/2023 | 29 (p.62) | Minute Entry for proceedings held before Judge Jay C. Zainey:Pretrial Conference as to George Peterson held on 4/12/2023. Jury Trial set for 6/12/2023 08:30 AM before Judge Jay C. Zainey. Status Conference set for 5/11/2023 10:45 AM before Judge Jay C. Zainey. (my) (Entered: 04/12/2023) |
| 04/13/2023 | 30 (p.63) | NOTICE OF TRIAL AND STATUS CONFERENCE as to George Peterson. Jury Trial set for 6/12/2023 at 8:30 AM before Judge Jay C. Zainey. Status Conference set for 5/11/2023 at 10:45 AM before Judge Jay C. Zainey. (jls) (Entered: 04/13/2023) |
| 05/03/2023 | 31 (p.64) | CONSENT AND ORDER TO MODIFY CONDITIONS OF RELEASE as to George Peterson. Signed by Magistrate Judge Karen Wells Roby on 12/29/2022. (my) (Entered: 05/03/2023) |
| 05/10/2023 | 32 (p.65) | EXPARTE/CONSENT MOTION to Substitute Attorney *David Berman* by USA as to George Peterson. (Attachments: # 1 (p.9) Proposed Order)(Strauss, Charles) (Entered: 05/10/2023) |
| 05/11/2023 | 33 (p.68) | ORDER granting 32 (p.65) Motion to Substitute Attorney David Berman by USA as to George Peterson (1). Signed by Judge Jay C. Zainey on 5/11/2023. (nml) (Main Document 33 replaced on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 34 (p.69) | Minute Entry for proceedings held before Judge Jay C. Zainey:Pretrial Conference as to George Peterson held on 5/11/2023. Jury Trial set for 8/7/2023 08:30 AM before Judge Jay C. Zainey. Pretrial Conference set for 7/6/2023 10:45 AM before Judge Jay C. Zainey. Status Conference set for 6/20/2023 02:00 PM before Judge Jay C. Zainey. |

| | | |
|---|---|---|
| | | (my) (Entered: 05/15/2023) |
| 05/15/2023 | 35 (p.71) | NOTICE OF TRIAL AND PRETRIAL CONFERENCE as to George Peterson. Jury Trial reset for 8/7/2023 at 8:30 AM before Judge Jay C. Zainey. Pretrial Conference reset for 7/6/2023 at 10:45 AM before Judge Jay C. Zainey. (jls) (Entered: 05/15/2023) |
| 06/20/2023 | 37 (p.76) | Minute Entry for proceedings held before Judge Jay C. Zainey:Pretrial Conference as to George Peterson held on 6/20/2023. IT IS ORDERED that all defense motions shall be filed by 6/30/2023. The Government shall file its Response by 7/14/2023. (go) (Entered: 06/22/2023) |
| 06/21/2023 | 36 (p.72) | EXPARTE/CONSENT MOTION to Modify Conditions of Release *for travel for business purposes* by George Peterson. (Attachments: # 1 (p.9) Proposed Order)(Richthofen, Richard) (Entered: 06/21/2023) |
| 06/23/2023 | 38 (p.77) | ORDER Granting 36 (p.72) Motion to Modify Conditions of Release as to George Peterson (1). Signed by Judge Jay C. Zainey on 6/22/2023. (nml) (Entered: 06/23/2023) |
| 06/30/2023 | 39 (p.78) | EXPARTE/CONSENT MOTION for Extension of Time to File *Defense Motions* by George Peterson. (Attachments: # 1 (p.9) Proposed Order)(Richthofen, Richard) Modified text, removed hearing date on 6/30/2023 (jls). (Entered: 06/30/2023) |
| 06/30/2023 | 40 | Correction of Docket Entry by Clerk re 39 (p.78) MOTION for Extension of Time to File *Motions*. **Filing attorney should have selected 'Yes' at the question 'Is this an Exparte/Consent Motion Y/N?'. Exparte/Consent motions are not set for hearing/submission. Clerk has removed hearing/submission date.** (jls) (Entered: 06/30/2023) |
| 07/05/2023 | 41 (p.81) | ORDER granting 39 (p.78) Motion for Extension of Time to File any Motions by 7/10/2023 as to George Peterson (1). Signed by Judge Jay C. Zainey on 7/5/2023. (my) (Entered: 07/05/2023) |
| 07/10/2023 | 42 (p.82) | MOTION to Dismiss *Count 1 of the Indictment* by George Peterson. (Richthofen, Richard) (Entered: 07/10/2023) |
| 07/10/2023 | 43 (p.111) | MOTION to Suppress by George Peterson. (Richthofen, Richard) (Entered: 07/10/2023) |
| 07/31/2023 | 44 (p.115) | Response/Memorandum in Opposition by USA as to George Peterson re 43 (p.111) MOTION to Suppress *Evidence* (Attachments: # 1 (p.9) Exhibit)(Berman, David) (Entered: 07/31/2023) |
| 07/31/2023 | 45 (p.144) | Response/Memorandum in Opposition by USA as to George Peterson re 42 (p.82) MOTION to Dismiss *Count 1 of the Indictment* (Berman, David) (Entered: 07/31/2023) |
| 08/04/2023 | 46 (p.156) | ORDER CONTINUING TRIAL: Due to pending motions, the Court sue sponte continues the trial set for August 7, 2023. Accordingly; IT IS ORDERED that the jury trial in this matter is CONTINUED to be reset after the motions are ruled on. The Court continues the trial after specifically finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial for the reason that failure to grant a continuance would likely result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7). Signed by Judge Jay C. Zainey on 8/4/23. (cg) (Entered: 08/04/2023) |

| 08/21/2023 | 48 (p.158) | ORDER AND REASONS denying 42 (p.82) Motion to Dismiss Indictment ; denying 43 (p.111) Motion to Suppress as to George Peterson (1). Signed by Judge Jay C. Zainey on 8/21/2023. (my) (Entered: 08/22/2023) |
| --- | --- | --- |
| 08/22/2023 | 47 (p.157) | NOTICE OF REARRAIGNMENT as to George Peterson. Change of Plea Hearing set for 8/29/2023 at 2:00 PM before Judge Jay C. Zainey. (jls) (Entered: 08/22/2023) |
| 08/29/2023 | 49 (p.162) | Minute Entry for proceedings held before Judge Jay C. Zainey: Rearraignment for George Peterson (1), Count 1, held on 8/29/2023. Sentencing set for 11/28/2023 at 10:30 AM before Judge Jay C. Zainey. (Court Reporter Nichelle Wheeler.) (jls) (Entered: 09/05/2023) |
| 08/29/2023 | 50 (p.232) | PLEA AGREEMENT by USA as to George Peterson. (jls) (Additional attachment(s) added on 9/5/2023: # 1 (p.9) Sealed Attachment A) (jls). (Entered: 09/05/2023) |
| 08/29/2023 | 51 (p.163) | Factual Basis by USA as to George Peterson. (jls) (Entered: 09/05/2023) |
| 09/05/2023 | 52 (p.167) | NOTICE OF SENTENCING as to George Peterson. Sentencing set for 11/28/2023 at 10:30 AM before Judge Jay C. Zainey. (jls) (Entered: 09/05/2023) |
| 10/24/2023 | 53 (p.238) | DRAFT PRESENTENCE INVESTIGATION REPORT as to George Peterson. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. Parties should submit objections not more than 14 days after the initial disclosure of the presentencing report. (Brasset, Marilyn) (Entered: 10/24/2023) |
| 11/15/2023 | 54 (p.168) | EXPARTE/CONSENT MOTION to Continue *Sentencing Hearing* by George Peterson. (Attachments: # 1 (p.9) Proposed Order)(Richthofen, Richard) (Entered: 11/15/2023) |
| 11/17/2023 | 55 | **ERROR-SEE REC DOC 56 FOR CORRECT ENTRY** FINAL PRESENTENCE INVESTIGATION REPORT as to George Peterson. NOTE: This document will only be accessible to the District Judge, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Brasset, Marilyn) Modified on 11/17/2023 (my). (Entered: 11/17/2023) |
| 11/17/2023 | 56 (p.259) | FINAL PRESENTENCE INVESTIGATION REPORT as to George Peterson. NOTE: This document will only be accessible to the District Judge, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Brasset, Marilyn) (Entered: 11/17/2023) |
| 11/17/2023 | 57 (p.314) | SENTENCING RECOMMENDATION as to George Peterson. NOTE: This document will only be accessible to the District Judge. (Brasset, Marilyn) (Entered: 11/17/2023) |
| 11/21/2023 | 58 (p.171) | ORDER granting 54 (p.168) Motion to Continue as to George Peterson (1). Sentencing set for 1/9/2024 10:30 AM before Judge Jay C. Zainey. Signed by Judge Jay C. Zainey on 11/17/2023. (my) (Entered: 11/21/2023) |
| 11/21/2023 | 59 (p.172) | RE-NOTICE OF SENTENCING as to George Peterson. Sentencing reset for 1/9/2024 at 10:30 AM before Judge Jay C. Zainey. (jls) (Entered: 11/21/2023) |
| 11/27/2023 | | |

| | 60 (p.173) | EXPARTE/CONSENT MOTION for *Preliminary Order of Forfeiture* by USA as to George Peterson. (Attachments: # 1 (p.9) Proposed Order Preliminary Order of Forfeiture)(Giavotella, Alexandra) Modified text on 11/27/2023 (jls). (Entered: 11/27/2023) |
|---|---|---|
| 11/28/2023 | 61 (p.179) | ORDER granting 60 (p.173) Motion for Preliminary Order for Forfeiture of Property as to George Peterson (1). Signed by Judge Jay C. Zainey on 11/28/2023. (my)(3CC:USM, CC:AUSA) (Entered: 11/28/2023) |
| 01/03/2024 | 62 (p.181) | SENTENCING MEMORANDUM by George Peterson (Attachments: # 1 (p.9) Exhibit Reference Letter 1, # 2 Exhibit Reference Letter 2, # 3 Exhibit Reference Letter 3, # 4 Exhibit Reference Letter 4, # 5 (p.14) Exhibit Reference Letter 5, # 6 (p.15) Exhibit Reference Letter 6, # 7 (p.16) Exhibit Reference Letter 7, # 8 (p.17) Exhibit Reference Letter 8, # 9 (p.18) Exhibit Reference Letter 9, # 10 (p.20) Exhibit Reference Letter 10, # 11 (p.21) Exhibit Reference Letter 11, # 12 Exhibit Reference Letter 12, # 13 Exhibit Reference Letter 13)(Richthofen, Richard) Modified TEXT on 1/4/2024 (jls). (Entered: 01/03/2024) |
| 01/05/2024 | 63 (p.208) | EXPARTE/CONSENT MOTION for Three Level Decrease Pursuant to U.S.S.G. § 3E1.1(B) by USA as to George Peterson. (Attachments: # 1 (p.9) Proposed Order)(Berman, David) Modified text on 1/5/2024 (jls). (Entered: 01/05/2024) |
| 01/05/2024 | 64 (p.211) | MEMORANDUM by USA as to George Peterson to 62 (p.181) Memorandum,, *GOVERNMENT'S OPPOSITION TO DEFENDANTS MOTION FOR DOWNWARD DEPARTURE* (Berman, David) (Entered: 01/05/2024) |
| 01/09/2024 | 65 (p.218) | Minute Entry for proceedings held before Judge Jay C. Zainey: Sentencing held on 1/9/2024 for George Peterson (1), Count 1, Sentenced 1/9/2024. (Court Reporter Samm Morgan.) (jls) (Entered: 01/11/2024) |
| 01/09/2024 | 66 (p.219) | ORDER GRANTING 63 (p.208) Motion for Three Level Decrease Pursuant to U.S.S.G. § 3E1.1(B) filed by USA as to George Peterson (1). Signed by Judge Jay C. Zainey on 1/9/2024. (jls) (Entered: 01/12/2024) |
| 01/09/2024 | 67 (p.220) | JUDGMENT as to George Peterson (1), Count 1, Sentenced 1/9/2024. Signed by Judge Jay C. Zainey on 1/11/2024. (jls) (Entered: 01/12/2024) |
| 01/10/2024 | 68 (p.295) | Statement of Reasons for sentencing as to George Peterson. NOTE: This document will be accessible only to the District Judge, the government attorney, the attorney for the applicable defendant, the U.S. Probation Office and the U.S. attorney's financial litigation unit. Other defendants in the case and the general public will NOT be able to view this document. (jls) (Entered: 01/12/2024) |
| 01/18/2024 | 69 (p.227) | NOTICE OF APPEAL by George Peterson as to 48 (p.158) Order on Motion to Dismiss, Order on Motion to Suppress (Filing fee $ 605 receipt number ALAEDC-10366469) (Richthofen, Richard) (Entered: 01/18/2024) |
| 01/22/2024 | 70 | USCA Case Number as to George Peterson; Case Appealed to USCA, Fifth Circuit Case Number 24-30043 for 69 (p.227) Notice of Appeal filed by George Peterson. (jls) (Entered: 01/22/2024) |
| 02/20/2024 | 71 (p.228) | NOTICE *Declaration of Publication* by USA as to George Peterson (Attachments: # 1 (p.9) Exhibit Web Ad and Certification Report)(Giavotella, Alexandra) (Entered: 02/20/2024) |

USA v. PETERSON (2:22-cr-00231-JCZ-DPC)

Tab2

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **USA** | * | **CRIMINAL NO. 22-231** |
| | * | |
| | * | **SECTION: "A"** |
| **VERSUS** | * | **HON. JAY C. ZAINEY** |
| | * | |
| | * | **MAGISTRATE: 2** |
| **GEORGE PETERSON** | * | **HON. DONNA PHILLIPS CURRAULT** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF APPEAL
### TO THE UNITED STATES COURT OF APPEALS FIFTH CIRCUIT

**NOW INTO COURT,** through undersigned counsel, comes Defendant George Peterson,

who gives notice to this Honorable Court that Defendant hereby appeals to the United States

Court of Appeals for the Fifth Circuit from the Judgment of this Court, entered on the 21st day of

August, 2023. Specifically, Mr. Peterson is appealing the Court's denial of his *Motion to Dismiss*

and *Motion to Suppress.*

Respectfully submitted this 18th day of January, 2024

> **RICHTHOFEN & ASSOCIATES, LLC**
> */s/ Richard J. Richthofen*
> Richard J. Richthofen, Jr., (Bar No. 29663)
> 3900 Canal Street
> New Orleans, Louisiana 70119
> Office: (504) 899-7949
> Facsimile: (504) 899-2518
> Email: rick@rjrlawfirm.com
> **Counsel for George Peterson**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2024, the foregoing was filed electronically

with the Clerk of Court using the CM/ECF System, which will send notice of electronic filing to

all counsel of record.

> */s/ Richard J. Richthofen*
> Richard J. Richthofen

Tab3

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
          Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| | Case Number:   053L 2:22CR00231-001  "A" |
| GEORGE PETERSON | USM Number:   28007-510 |
| | RICHARD RICHTHOFEN, JR. |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)   1 OF THE INDICTMENT ON AUGUST 29, 2023. _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 USC §§ 5841, 5861(d), 5871 | Possession of an unregistered silencer | June 29, 2022 | 1 |

The defendant is sentenced as provided in pages 2 through ____7____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 9, 2024
Date of Imposition of Judgment

Signature of Judge

Jay C. Zainey, United States District Judge
Name and Title of Judge

January 11, 2024
Date

24-30043.220

AO 245B (Rev. 09/19)   Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | Judgment — Page ___2___ of ___7___ |
|---|---|---|

DEFENDANT:          GEORGE PETERSON
CASE NUMBER:     053L 2:22CR00231-001  "A"

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:     **24 MONTHS**

24 MONTHS AS TO COUNT 1.

☒  The court makes the following recommendations to the Bureau of Prisons:
   The court recommends the following: (1) that the defendant receive vocational training in paralegal studies.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____   ☐ a.m.   ☐ p.m.    on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 12 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page    3    of    7

DEFENDANT:        GEORGE PETERSON
CASE NUMBER:      053L 2:22CR00231-001   "A"

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:  **3 YEARS**

3 YEARS AS TO COUNT 1.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you
    pose a low risk of future substance abuse. (check if applicable)

4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

24-30043.222

Tab4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 22-231 |
| GEORGE PETERSON | SEC. "A" |

## ORDER AND REASONS

Before the Court are the Defendant's **Motion to Dismiss *Count 1 of the Indictment* (Rec. Doc. 42)** and the Defendant's **Motion to Suppress (Rec. Doc. 43)** filed by George Peterson.    The motions are based on the search of the Defendant's home with an alleged deficient search warrant, and the October 2022 indictment of possession of an unregistered firearm in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871 (Rec. Doc. 1).    The Defendant's motions are DENIED for the following reasons.

In June of 2022, ATF Special Agent Jared Miller applied for a search warrant to United States Magistrate Judge Donna Phillips Currault to search the Defendant's residence and storefront PDW Solutions.    In its affidavit, the Government averred that the Defendant had violated four federal statutes, including failure to report multiple sales of firearms and making a false statement to an ATF agent.    As to all four alleged crimes, the Government included articulable facts in support of the finding of probable cause by Judge Currault.    The warrant was issued and the search was conducted the next day.    As a result of the search, the silencer which forms the basis of the present charges was found.

### *MOTION TO DISMISS*

The Defendant moves for his indictment to be dismissed in light of the recent Supreme Court case of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) and

1

Rule 12(b)(3)(B)(v) of the Federal Rules of Criminal Procedure.

Numerous courts across the nation have ruled on this exact issue.    This Court agrees with those courts and finds the statute to be constitutional.

In the wake of the Supreme Court's recent decision in *Bruen*, courts across the country have addressed an increase in constitutional challenges of various prohibitive weapon restriction statutes.    The Second Amendment to the U.S. Constitution provides: "[T]he right of the people to keep and bear Arms, shall not be infringed." U.S. Const. amend. II.    However, no right is unlimited.    *District of Columbia v. Heller*, 554 U.S. 570 (2008).    Therefore, pursuant to *Bruen*, the Court must engage in a two-step inquiry to determine whether a regulation placing restrictions on a party's Second Amendment rights is constitutional. *Bruen*, 142 S. Ct. at 2129–30. First, a court must ask whether "the Second Amendment's plain text covers an individual's conduct." *Id*. If the Second Amendment does cover the individual's conduct, the court must then ask whether "the regulation is consistent with this Nation's historical tradition of firearm regulation." *Id*. Only where the regulation is "consistent with the Second Amendment's text and historical understanding" can it pass constitutional muster. *See Id*. at 2131.

'Bearable Arms' as defined by the Supreme Court are, "weapons of offence or armour of defence that a man wears for his defence or take into his hands or useth in wrath to cast at or strike another." *District of Columbia v. Heller*, 554 U.S. 570, 582 (2008) (Quoting Dictionary of the English Language 106, 4th ed.).    Since silencers are not arms, but rather an accessory, they are not not protected by the Second Amendment.    *United States v. Cox*, 906 F.3d 1170, 1186 (10th Cir. 2018).    A silencer is not a 'weapon of offence or an armour of defence' because it cannot on its own cause any harm and is not useful independent of its attachment to a firearm. *United States v. Hasson*, 2019 WL 4573424, at *4(D. Md. Sept. 20, 2019), *aff'd*, 26 F.4th 610

2

(4th Cir. 2022).

Consequently, silencers are not bearable arms within the scope of the Second Amendment even in light of *Bruen* or its progeny.    The Defendant's motion fails the first step of the *Bruen* analysis—that the plain text of the Second Amendment includes silencers. Therefore his motion must be dismissed.

## *MOTION TO SUPPRESS*

The Defendant also moves to suppress the evidence seized based on the search of his home and residence that was executed in June of 2022.    The Defendant argues that there was a lack of probable cause and articulable facts contained within the Government's search warrant affidavit.

The Court must determine if the search was proper in light of the exclusionary rule.    In determining a challenge to seized evidence under the Fourth Amendment, the Court must determine whether the good-faith exception to the exclusionary rule articulated in *United States v. Leon*, 468 U.S. 897 (1984) applies.    The good-faith exception allows reliance on the warrant even if the search warrant is defective as long as that reliance is objectively reasonable. *Id.*    The only scenario where the good-faith exception would not apply are: 1) when the magistrate is misled by information in the affidavit the affiant knew or should have known was false, 2) the issuing magistrate abandoned the judicial role, 3) the warrant was based on an affidavit that lacked an indicia of probable cause, or 4) the warrant was so facially deficient that the executing officers could not have reasonably presumed it to be valid. *United States v. Sibley*, 448 F.3d 754, 757 (5th Cir. 2006).    Accordingly, if the good-faith exception applies, a motion to suppress to review the magistrate's determination of probable cause fails and the analysis need not go any further.

3

Here, the Court finds that the good-faith exception applies to the search and seizure of the Defendant's home and office.    In his motion, the Defendant does not rebut the good-faith exception to the Fourth Amendment, but rather focuses on Magistrate Judge Currault's finding of probable cause and issuance of a search warrant.    The type of warrants that fall into the third exception to the good-faith exception argued by the Defendant are based on wholly conclusory statements that lack articulable facts and circumstances for a judge to determine probable cause. *United States v. Gonzalez*, 766 Fed. App'x 178, 182 (5th Cir. 2019).    This is not true in the matter before the Court as each offense was supported by specific facts of the criminal misconduct by the Defendant.    Most notably, the Defendant concedes that probable cause existed to search his property pursuant to his failure to report multiple sales of firearms.    The good-faith exception applies to this search, and the analysis need not go any further.    The Defendant's motion must be DENIED.

**ACCORDINGLY**;

IT IS ORDERED that the Defendant's **Motion to Dismiss Indictment (Rec. Doc. 42)** is **DENIED**.

IT IS FURTHER ORDERED that the Defendant's **Motion to Suppress (Rec. Doc. 43)** is **DENIED**.

New Orleans, Louisiana, August 21, 2023.

Judge Jay C. Zainey
United States District Judge

4

24-30043.161