# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 03, 2024

Mr. Richard J. Richthofen
Richthofen & Associates, L.L.C.
3900 Canal Street
New Orleans, LA 70119

    No. 24-30043   USA v. Peterson
                         USDC No. 2:22-CR-231-1

Dear Mr. Richthofen,

The following pertains to your record excerpts electronically filed on May 3, 2024.

Copy of the indictment is required, see 5th Cir. R. 30.1.4(c).

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Rebecca Andry, Deputy Clerk

cc:
    Mr. David M. Berman
    Mr. Kevin G. Boitmann
    Ms. Diane Hollenshead Copes

Case No. 24-30043

United States of America,

                Plaintiff - Appellee

v.

George Peterson,

                Defendant - Appellant