# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**No. 24-30043**

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

*v.*

GEORGE PETERSON,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Louisiana,
USDC No. 2:22-CR-231-1

## DEFENDANT-APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR REHARING EN BANC

Pursuant to Fifth Circuit Rule 27.1.1, the undersigned counsel for Defendant-Appellant George Peterson respectfully moves this Court for a fourteen-day extension of time to file a motion for panel rehearing or rehearing en banc. In support of this motion, counsel states:

1. A panel of this Court issued its decision in this case on February 6, 2025.

2. Pursuant to Federal Rule of Appellate Procedure, Defendant-Appellant's petition for rehearing is due on February 20, 2025.

3. Defendant-Appellant has recently retained my firm, Cooper & Kirk PLLC, as counsel for purposes of filing a petition for rehearing on his behalf.

1

4. In light of other professional obligations, and the need to get up to speed on the case in a very short period of time, counsel for Defendant-Appellant believes a fourteen-day extension of time to file the petition, until March 6, 2025, would be beneficial to both Defendant-Appellant and to the Court.

Dated: February 14, 2025

Richard J. Richthofen, Jr., (Bar No. 29663)
3900 Canal Street
New Orleans, Louisiana 70119
Office: (504) 899-7949
Facsimile: (504) 899-2518
Email: rick@rjrlawfirm.com

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
Athie O. Livas
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
alivas@cooperkirk.com

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of F ED. R. A PP. 27(d)(2)(A) because this motion contains 151 words, excluding the parts of the motion exempted by F ED. R. A PP. 27(d)(2) and 32(f).

This motion complies with the typeface and type-style requirements of F ED. R. A PP. 32(a)(5) and the type style requirements of F ED. R. A PP. 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Word 2010 in 14 New Time Roman.

Dated: February 14, 2025                    /s/ David H. Thompson
                                            David H. Thompson

                                            *Counsel for Defendant-Appellant*
                                            *George Peterson*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit on February 14 2025 by using the CM/ECF system and that service was accomplished on all counsel of record by the appellate CM/ECF system.

Dated: February 14, 2025              /s/ David H. Thompson
                                      David H. Thompson


                                      *Counsel for Defendant-Appellant*
                                      *George Peterson*