# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 07, 2025

Mr. David M. Berman
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130

```
     No. 24-30043   USA v. Peterson
                    USDC No. 2:22-CR-231-1
```

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the Appellant's Petition for rehearing en banc to be filed in this office on or before March 17, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
    Mr. William V. Bergstrom
    Mr. Kevin G. Boitmann
    Ms. Diane Hollenshead Copes
    Ms. Athanasia Livas
    Mr. Peter A. Patterson
    Mr. Richard J. Richthofen
    Mr. David H. Thompson