IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____
                                    )
United States of America,           )
                                    )
            Plaintiff-Appellee,     )
                                    )
v.                                  )   No. 24-30043
                                    )
George Peterson,                    )
                                    )
            Defendant-Appellant.    )
_____ )

**MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE***

*Amici Curiae* Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Tennessee Firearms Association, Tennessee Firearms Foundation, Grass Roots North Carolina, Rights Watch International, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, Heller Foundation, America's Future, and Conservative Legal Defense and Education Fund hereby move for leave to file a brief *amicus curiae* in support of Defendant-Appellant's Petition for Rehearing En Banc. It is hereby stated as follows:

1. All parties have consented to the filing of this *amicus* brief.

2. Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Tennessee Firearms Association, Tennessee Firearms Foundation, Grass

2

Roots North Carolina, Rights Watch International, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, Heller Foundation, America's Future, and Conservative Legal Defense and Education Fund are nonprofit organizations exempt from taxation under Sections 501(c)(3) and 501(c)(4) of the Internal Revenue Code. Each of the organizations was established for the purpose of participating in the public policy process, including conducting research and informing and educating the public on the proper construction of state and federal constitutions, as well as statutes related to the rights of citizens, and questions related to human and civil rights secured by law. These organizations work to defend constitutional rights and protect liberties, including the right to keep and bear arms.

3. All *amici* have a deep interest in the preservation of the Second Amendment rights of all Americans. They file numerous *amicus curiae* briefs in the U.S. Supreme Court and in the various courts throughout the nation.

4. This case raises broad and important issues, with implications far beyond whether the possession of an unregistered suppressor violates the Second Amendment. *Amici*'s members and supporters have a strong interest in the legal questions at issue in this case and their application to these broader issues, given the

severe criminal penalties for violations of federal firearms laws, and the effects of the same on the enumerated constitutional right to keep and bear arms. The proposed *Amicus* Brief addresses the effect of the Supreme Court's Second Amendment decisions on the National Firearms Act's unregistered suppressor ban.

5. *Amici* believe that this brief will be of assistance to the Court in its consideration of this case.

6. This *amicus* brief is timely, as it is being filed within seven days of Defendant-Appellant's Petition for Rehearing En Banc, as specified by Fed. R. App. P. 29(b)(5). Thus, no party will be prejudiced by the filing of this brief.

WHEREFORE, we respectfully request that this Court grant leave to file an *amicus curiae* brief in support of Defendant-Appellant's Petition for Rehearing En Banc.

Respectfully submitted,

  /s/ *Robert J. Olson*
Robert J. Olson
WILLIAM J. OLSON, P.C.
  370 Maple Avenue West, Suite 4
  Vienna, VA  22180-5615
  (703) 356-5070
  wjo@mindspring.com

March 13, 2025                                   Attorney   for   *Amici Curiae* Gun Owners of America, Inc., *et al*.

4

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

IT IS HEREBY CERTIFIED:

1. That the foregoing Motion for Leave to File Brief *Amici Curiae* complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 442 words, excluding the parts of the motion exempted by Rule 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using WordPerfect in 14-point Times New Roman.

      */s/ Robert J. Olson*  
      Robert J. Olson  
      Attorney for *Amici Curiae*  
      Gun Owners of America, Inc., *et al.*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to File Brief *Amici Curiae*, was made, this 13th day of March 2025, by the Court's Case Management/ Electronic Case Files system upon the attorneys for the parties.

      */s/ Robert J. Olson*  
      Robert J. Olson  
      Attorney for *Amici Curiae*