# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 24, 2025
Lyle W. Cayce
Clerk

No. 24-30043

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

GEORGE PETERSON,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CR-231-1

_____

ORDER:

IT IS ORDERED that Appellee's unopposed motion to delay the ruling on the petition for rehearing en banc by 30 days is GRANTED.

    /s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*