# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 23, 2025
Lyle W. Cayce
Clerk

No. 24-30043

United States of America,

*Plaintiff—Appellee*,

versus

George Peterson,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CR-231-1

ORDER:

IT IS ORDERED that Appellee's motion to delay ruling on the petition for rehearing en banc for an additional 30 days is GRANTED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*Chief Judge*