# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30043   USA v. Peterson
                  USDC No. 2:22-CR-231-1

Pursuant to the court's directive, the opinion in this case has been withdrawn.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Christy M. Combel, Deputy Clerk
                       504-310-7651

Mr. William V. Bergstrom
Mr. David M. Berman
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Ms. Athanasia Livas
Ms. Carol L. Michel
Mr. Stephen Obermeier
Mr. Robert J. Olson
Mr. Peter A. Patterson
Mr. Richard J. Richthofen
Mr. David H. Thompson
Mr. Cody J. Wisniewski