# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 25, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30043   USA v. Peterson
                 USDC No. 2:22-CR-231-1

The court has dismissed the petition for rehearing en banc as moot.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Christy Combel*

          By: _____
          Christy M. Combel, Deputy Clerk
          504-310-7651

Mr. William V. Bergstrom
Mr. David M. Berman
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Ms. Athanasia Livas
Ms. Carol L. Michel
Mr. Stephen Obermeier
Mr. Robert J. Olson
Mr. Peter A. Patterson
Mr. Richard J. Richthofen
Mr. David H. Thompson
Mr. Cody J. Wisniewski