# United States Court of Appeals for the Fifth Circuit

———————————

No. 24-30043

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 9, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

GEORGE PETERSON,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CR-231-1

———————————————————

## ON PETITION FOR REHEARING EN BANC

Before ELROD, HIGGINBOTHAM, and SOUTHWICK, *Circuit Judges.*

PER CURIAM:

Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P.40 and 5TH CIR. R.40), the petition for rehearing en banc is DENIED.