# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 09, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30043     USA v. Peterson
                    USDC No. 2:22-CR-231-1

Enclosed is the opinion entered in the case captioned above.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

Mr. William V. Bergstrom
Mr. David M. Berman
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Joseph Greenlee
Ms. Athanasia Livas
Mr. Stephen Obermeier
Mr. Robert J. Olson
Mr. Peter A. Patterson
Mr. Richard J. Richthofen
Mr. David H. Thompson
Mr. Cody J. Wisniewski